UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) <br> ) <br> GENE RADEMACHER, ) <br> ) <br> ) <br> ) <br> Debtor. ) <br> ) <br> CLETUS H. RADEMACHER, and ) <br> SIMON J. RADEMACHER, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> GENE RADEMACHER, ) <br> ) <br> ) <br> Defendant. ) | Case No. 14-46982-705 <br> Chief Judge Kathy A. Surratt-States <br> Chapter 7 <br><br> **Adversary No. 15-4156-659** <br><br> **PUBLISHED** |

## O R D E R

Upon consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Count I of the Complaint Objecting to Discharge is **GRANTED** in that Plaintiffs' request to deny discharge is **GRANTED** and judgement is entered in favor of Plaintiffs and against Debtor in that Debtor's discharge is denied pursuant to Section 727(a)(2)(A); and

**IT IS FURTHER ORDERED THAT** the relief requested in Count II of the Complaint Objecting to Discharge is **GRANTED** in that Plaintiffs' request to deny discharge is **GRANTED** and judgment is entered in favor of Plaintiffs and against Debtor in that Debtor's discharge is denied pursuant to Section 727(a)(4)(A); and

**IT IS FURTHER ORDERED THAT** the relief requested in Count III of the Complaint Objecting to Discharge is **DENIED** in that Plaintiffs' request to deny discharge is **DENIED** and

judgment is entered in favor of Debtor and against Plaintiffs in that Plaintiffs' request to deny discharge pursuant to Section 727(a)(5) is denied; and this is the final judgment and order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: April 29, 2016
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Michael J. Schmid
Schreimann Rackers Francka & Blunt
931 Wildwood Drive
Suite 201
Jefferson City, MO 65109

Cletus H. Rademacher
3625 Highway 19
Owensville, MO 65066

Simon J. Rademacher
205 East Lincoln Ave.
Owensville, MO 65066

Steven Edward Dyer
Law Office of Steven Dyer
10805 Sunset Office Drive
Suite 300
Sunset Hills, MO 63127

Gene Rademacher
1220 Highway CC
Bland, MO 65014